FRED SELBY, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 8090

February 26, 1975                    531 P.2d 1356

*Morgan D. Harris,* Public Defender, and *Kelly H. Swanson,* Deputy, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Daniel M. Seaton,* Chief Deputy, Clark County, for Respondent.

## OPINION

*Per Curiam:*

In this appeal from an order denying a pretrial petition for habeas corpus, we believe the evidence adduced at the preliminary examination justified the magistrate's determination

---

that there was probable cause to hold appellant for trial. NRS 171.206. See concurring opinion by ZENOFF, J., in Franklin v. State, 89 Nev. 382, 389, 513 P.2d 1252, 1257 (1973).

"[W]e are not now concerned with the prospect that the evidence presently in the record may, by itself, be insufficient to sustain a conviction." McDonald v. Sheriff, 89 Nev. 326, 327, 512 P.2d 774, 775 (1973).

The order denying habeas relief is affirmed.